**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**PATRICIA THOMPSON**                                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 4:08 CV 12 DPJ-JCS**

**JOHN MORVANT, JR.**
**AND DOES I - X**                                                                        **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court on the motion *ore tenus* of the parties to dismiss this action with prejudice.  Being advised and finding that the parties have reached a compromise settlement of all claims and issues involving Patricia Thompson and John Morvant, Jr., from which this action arises, and the Court further finds and determines that this action should be dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 30th day of October, 2008.

/s/ James C. Sumner

_____
UNITED STATES MAGISTRATE  JUDGE


APPROVED:


/S/George Follett
GEORGE FOLLETT
ATTORNEY FOR PLAINTIFF


/S/ J. Richard Barry
J. RICHARD BARRY
ATTORNEY FOR DEFENDANT

1